IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TANGO IMPORTS, INC.,

      Appellant,

                                  Case No. 5D21-2514

v.                                LT Case No. 2008-32968-CICI


W.G. YATES & SONS CONSTRUCTION CO.,

      Appellee.

_____/

Decision filed May 24, 2022

Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Scott W. Cichon and Sydney V.
Cichon, of Cobb & Cole, Daytona
Beach, for Appellant.

S. LaRue Williams and Drew C.
Williams, of Kinsey, Vincent, Pyle,
P.L., Daytona Beach, for Appellee.


PER CURIAM.


      AFFIRMED.


LAMBERT, C.J., COHEN and EDWARDS, JJ., concur.